

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

James J. and Jeneane Cremers d/b/a
Jumpin' Jack's Party Shack, Appellants

No. 06-13-00011-CV        v.

Morris L. Hallman, Appellee

Appeal from the 241st District Court of
Smith County, Texas (Tr. Ct. No. 11-0429-
C). Opinion delivered by Justice Moseley,
Chief Justice Morriss and Justice Carter
participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a take-nothing judgment.

We further order that the appellee, Morris L. Hallman, pay all costs of this appeal.

RENDERED JUNE 13, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk